**IT IS ORDERED as set forth below:**

**Date: March 6, 2018**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SEAN JAMES HAYDEN, | ) | CASE NO. 12-73311-BEM |
| | ) | |
| Debtor. | ) | JUDGE BARBARA ELLIS-MONRO |
| | ) | |
| OVATION CONDOMINIUM ASSOCIATION, INC., | ) ) ) | |
| Movant, | ) ) | |
| v. | ) | <u>CONTESTED MATTER</u> |
| | ) | |
| SEAN JAMES HAYDEN and MARY IDA TOWNSON, Trustee, | ) ) ) | |
| Respondents. | ) ) | |

**DEFAULT ORDER MODIFYING AUTOMATIC STAY**

This Court entered a *Consent Order Conditionally Denying Motion for Relief from Stay* ("Order," Doc. No. 88) dated October 31, 2017 with regard to Movant's *Motion for Relief from Stay* ("Motion," Doc. No. 85). Such Order memorialized that Debtor agreed to pay Movant as follows:

> …It is further stipulated that Debtor shall timely pay any and all homeowners association assessments and special or specific assessments (if any such special or specific assessments become assessed) to Movant as such amounts become due beginning November 1, 2017, pursuant to Debtor's obligation to do so under the *Declaration of Condominium for Ovation, a Condominium* (the "Declaration") and the Georgia Property Condominium Act (pertinent parts of the Declaration included and marked as Exhibit "A" of Movant's *Motion for Relief from Stay*). Such payments shall be mailed to the following address:
>
> Ovation Condominium Association, Inc.
> c/o Community Management Associates, Inc.
> 1465 Northside Drive, NW, Suite 128
> Atlanta, GA  30318
>
> …unless Movant provides to Debtor and Debtor's attorney, in writing, a different address to which said payments should be sent in the future…

(Order, Pages 2 and 3).

In a *Default Motion for Relief from Stay regarding Consent Order Conditionally Denying Motion* ("Default Motion", Doc. No. 91) filed by Movant, Movant alleges that Debtor has not paid any post-petition assessment amounts owed to Movant, pursuant to the requirements of the Order as required by the paragraph above. Movant further alleges that the default notice provisions of the Order were properly followed by Movant, and Movant further alleges that the Default Motion was properly served. Therefore, is hereby

**ORDERED** that the automatic stay of 11 U.S.C. § 362(a) is ***modified*** to allow Movant to proceed to obtain possession of and foreclose or otherwise dispose of the property located at

3040 Peachtree Road, Unit 308, Atlanta, 30305 ("Property"), including, but not limited to, dispossessory proceedings; however, Movant shall promptly remit to the Chapter 13 Trustee, all such proceeds that exceed the lawful debt owed to Movant by Debtor.  It is further

**ORDERED** that Movant may *suspend* any HOA privileges that it has the lawful authority to suspend, as specifically agreed upon in the Order.  It is further

**ORDERED** that the stay imposed by F.R.B.P. 4001(a)(3) is *waived*, as specifically agreed upon in the Order.  It is further

**ORDERED** that the Chapter 13 Trustee shall cease funding any Proof(s) of Claim filed by or for the benefit of Movant in this case, if any.

### [END OF DOCUMENT]

Prepared and Submitted by:

Daniel E. Melchi
Georgia Bar No. 501187
Attorney for Movant
LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
T:  (770) 685-7000
F:  (770) 685-7002
E:  dmelchi@luederlaw.com

## **DISTRIBUTION LIST**

Sean James Hayden
361 17th Street, N.W., Unit 722
Atlanta, GA  30363

Emily Allen, Esq.
c/o The Semrad Law Firm, LLC
303 Perimeter Center North, Suite 201
Atlanta, GA  30346

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, N.E., Suite 2200
Atlanta, GA  30303-1740

*(Daniel E. Melchi, attorney for Movant, waives mailed service.  He will receive e-notice.)*